# JacksonLewis

Jackson Lewis P.C.
44 South Broadway, 14th Floor
White Plains NY 10601

---

> Application granted. The initial pretrial conference scheduled for November 1, 2022 is rescheduled to 3:00 p.m. on December 12, 2022.
>
> The Clerk of Court is respectfully directed to terminate the motion sequence pending at Doc. 21.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
>         November 1, 2022

---

November 1, 2022

**VIA ECF**
Hon. Philip M. Halpern
United States District Court
Southern District of New York
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

**Re:   Salvatore Trentecoste, et al. v. Mavis Tire Supply, LLC**
       **Civil Case No.: 7:22-cv-05257 (PMH)**

Dear Judge Halpern:

We represent Defendant in the above-referenced matter. This letter is submitted jointly on behalf of the parties to respectfully request to adjourn the initial conference scheduled for November 7, 2022.

By Order on October 31, 2022, due to a scheduling conflict, the Court rescheduled the initial pre-trial conference from November 3, 2022 to November 7, 2022 at 3:30pm. (Dkt. No. 20). The parties respectfully request to adjourn the conference to another date convenient for the Court on or after November 9, 2022. The reason for the parties' request is that the Court-ordered mediation in this matter is presently scheduled to take place on November 7, 2022, beginning at 10am. This is the first request to adjourn the initial conference.

The parties thank the Court for its consideration.

Respectfully submitted,

Jonathan M. Kozak
914-872-6885
jonathan.kozak@jacksonlewis.com
Jackson Lewis P.C.

cc:   Counsel of Record (Via ECF)