# BORRELLI & ASSOCIATES
## P.L.L.C.
www.employmentlawyernewyork.com

655 Third Avenue
Suite 1821
New York, NY 10017
Tel. No. 212.679.5000
Fax No. 212.679.5005

> Application denied. The initial pretrial conference on December 12, 2022 will continue as scheduled.
>
> The Clerk of Court is respectfully directed to terminate the motion sequence pending at Doc. 23.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
>           December 9, 2022

*Via ECF Only*
The Honorable Philip M. Halpern
United States District Judge for the
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re:   *Trentecoste, et. al v. Mavis Tire Supply, LLC 22-cv-05257-PMH*

Dear Judge Halpern:

    We represent named Plaintiff Salvatore Trentecoste and opt-in Plaintiffs Richard Carfora and Aaron Van Wormer, in this wage and hour lawsuit brought against Defendant Mavis Tire Supply, LLC. On November 1, 2022, the Court adjourned the parties' initial conference from November 7 to December 12, 2022, at 3:00 p.m., to accommodate the parties' mediation that was scheduled that same day. We write now, with Defendant's consent, to inform the Court that the parties intend to file a stipulation of dismissal without prejudice for Carfora, which is not the result of a settlement between Carfora and Defendant, for the Court to so-order, and a separate Rule 68 notice of acceptance for Trentecoste and Van Wormer, which upon the clerk's entry of judgment, will conclude the matter. As such, we therefore request that the Court adjourn the initial conference *sine die*.

    We thank the Court for its attention to this matter.

Respectfully submitted,

_____
Caitlin Duffy, Esq.
*For the Firm*

C:   Counsel for Defendant (*via* ECF)