UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SALVATORE TRENTECOSTE, on behalf of himself, individually, and on behalf of all others similarly-situated,<br><br>                              Plaintiff,<br><br>        -against-<br><br>MAVIS TIRE SUPPLY, LLC,<br><br>                              Defendant. | Case No. 7:22-cv-05257-PMH<br><br>**NOTICE OF ACCEPTANCE<br>OF DEFENDANT'S RULE 68<br>OFFER OF JUDGMENT** |

**PLEASE TAKE NOTICE** that, pursuant to Rule 68 of the Federal Rules of Civil Procedure, Named-Plaintiff Salvatore Trentecoste, and opt-in Plaintiff Aaron Van Wormer, hereby accept Defendants' Rule 68 offer of judgment, attached hereto as Exhibit A.

Dated: Garden City, New York
       December 16, 2022

                              Respectfully submitted,
                              BORRELLI & ASSOCIATES, P.L.L.C.
                              *Attorneys for Plaintiffs*
                              910 Franklin Avenue, Suite 200
                              Garden City, New York 11530
                              Tel. No. (516) 248-5550
                              Fax: (516) 248-6027

                    By:       _____
                              CAITLIN DUFFY (CD 8160)
                              ALEXANDER T. COLEMAN (AC 1717)
                              MICHAEL J. BORRELLI (MB 8533)