UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SALVATORE TRENTECOSTE, on behalf of himself, individually, and on behalf of all others similarly-situated,<br><br>　　　　　　　　　Plaintiff,<br><br>　-against-<br><br>MAVIS TIRE SUPPLY, LLC,<br><br>　　　　　　　　　Defendant. | Case No. 7:22-cv-05257-PMH<br><br>~~[PROPOSED]~~ JUDGMENT |

　　**WHEREAS**, on December 14, 2022, Defendant Mavis Tire Supply, LLC offered that Named Plaintiff Salvatore Trentecoste and opt-in Plaintiff Aaron Van Wormer (collectively, "Plaintiffs"), take judgment against it pursuant to Federal Rule of Civil Procedure ("Fed. R. Civ. P.") 68 in the amount of Forty-Five Thousand and Zero Cents ($45,000.00), inclusive of attorneys' fees and costs incurred to the date of the offer, in accordance with the terms and conditions of Defendant's Rule 68 Offer dated December 14, 2022.

　　**WHEREAS,** on December 16, 2022, Plaintiffs filed their Notice of Acceptance of this offer; it is

**HEREBY ORDERED and ADJUDGED** that judgment is entered pursuant to Fed. R. Civ. P. 68 in favor of Plaintiffs, as against Defendant, in the amount of Forty-Five Thousand Dollars and Zero Cents ($45,000.00). The Clerk is directed to close the case.

SO ORDERED, on the 20th day of December, 2022, White Plains, New York:

_____
The Honorable Philip M. Halpern, U.S.D.J.